UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| **LUIS GEOVANNY CHITO-AYALA,** | Civil No. 26-CV-636 (SRN/SGE) |
| Petitioner, | |
| v. | |
| **PAMELA BONDI** <br> *Attorney General* | **ORDER** |
| **KRISTI NOEM** <br> *Secretary, U.S. Department of Homeland Security* | |
| **TODD M. LYONS** <br> *Acting Director of Immigration and Customs Enforcement* | |
| **DAVID EASTERWOOD** <br> *Acting Director, St. Paul Field Office Immigration and Customs Enforcement* | |
| Respondents. | |

---

Based on the Stipulation For Payment of Attorneys Fees (Doc. No. 16), **IT IS HEREBY ORDERED that**:

1. The Stipulation for Payment of Attorneys' Fees (Doc. No. 16) is **APPROVED**.

2. Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), Respondents shall pay attorneys' fees in the amount of $5,891.00, within Thirty (30) days after the restoration of appropriations to the Department of Homeland Security. Payment shall be issued to Petitioner's counsel, Taylor R. Stemler,

- 2 -

Merchant & Gould P.C., 150 South Fifth Street, Suite 2200, Minneapolis, MN 55402.

Dated: Thursday, February 26, 2026

*s/ Susan Richard Nelson*
Susan Richard Nelson
United States District Judge